UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _ee_ D.C.

05 JUL 29 PM 3: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN JACKSON

UNITED STATES OF AMERICA

-v-

05-10057-01-T

CARESOUTH CLINIC, P.C.

William E. McDaniels
725 Twelfth Street, N.W.
Washington, DC 20005

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count 1 of the Information on July 22, 2005. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1347 | Medicare Fraud | 08/18/1999 | 1 |
| 18 U.S.C. § 1956(a)(1)(A)(i) | Money Laundering | 05/24/1999 | 2 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
July 22, 2005

Defendant's Mailing Address:
1203 VANN DRIVE
JACKSON, TN 38305

_James D. Todd_
JAMES D. TODD
CHIEF UNITED STATES DISTRICT JUDGE

July 29, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 08-02-05

⑦

Case No: 1:05cr10057   Defendant Name: CARESOUTH CLINIC, P.C.                Page 2 of 2

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $200.00 | $500,000.00 | |

The Special Assessment shall be due immediately.

### FINE

A Fine in the amount of $ 500,000.00 is imposed.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CR-10057 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William E. McDaniels
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Washington, DC 20005

Honorable James Todd
US DISTRICT COURT